Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jaclyn M. Ford, Esq. (State Bar No. 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California  95110
Telephone:  (408) 441-7500
Facsimile:   (408) 441-7501
mrf@structurelaw.com
jford@structurelaw.com

Attorneys for Plaintiff
VIVOTEK USA, INC.


Richard J. Mooney, Esq. (State Bar No.  176486)
RIMON P.C.
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 683-5472
richard.mooney@rimonlaw.com

Attorneys for Defendants
4XEM CORPORATION, INC. and JOHN FORTIER

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VIVOTEK USA, INC., a California corporation,<br><br>                     Plaintiff,<br>          v.<br><br>4XEM CORPORATION, INC., incorporated under the laws of Canada; and JOHN FORTIER, an individual, doing business as 4XEM USA,<br><br>                     Defendants. | CASE NO**.** CV 13-04452 PSG<br><br>**NOTICE OF CONDITIONAL SETTLEMENT AND [~~PROPOSED~~] ORDER** |

**TO THE COURT:**

The parties to the above-entitled action jointly submit this NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER to notify the Court that this matter has been settled conditioned upon consideration being remitted in installments by Defendants to Plaintiff through August 30, 2016. Pursuant to the parties' Settlement and Release Agreement, Defendant 4XEM CORPORATION, INC. will make structured installment payments to Plaintiff VIVOTEK USA, INC., concluding with a final payment due on August 30, 2016. The parties request 45 days from the date of the final payment to file the dismissal.

In the event the conditions of the Settlement and Release Agreement are not met, the parties have stipulated that Plaintiff shall be entitled to Judgment in a certain amount, less any installment payments made by Defendants. To that end, Defendants have executed a [PROPOSED] STIPULATED JUDGMENT which Plaintiff will submit to this Court only if the conditions of the Settlement and Release Agreement are not met.

The parties further stipulate and agree that based on the foregoing, and subject to this Court's approval, the Pretrial Conference set for November 4, 2014 at 10:00 AM, as well as the trial set for November 17, 2014, are no longer necessary. In the interest of the Court's and the parties' economy, it is therefore respectfully requested that these hearings be vacated.

Dated: October 3, 2014                    STRUCTURE LAW GROUP, LLP

                                          By: _/s/_____
                                              Mark R. Figueiredo, Esq.
                                              Attorneys for Plaintiff
                                              VIVOTEK USA, INC.

Dated: October 3, 2014                    RIMON, P.C.

                                          By: _/s/_____
                                              Richard Mooney, Esq.
                                              Attorneys for Defendants
                                              4XEM CORPORATION, INC. and JOHN
                                              FORTIER

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), I certify that the content of this document is acceptable to Richard Mooney of RIMON, P.C., counsel for Defendants 4XEM CORPORATION, INC. and JOHN FORTIER, and that I have obtained Mr. Mooney's authorization to affix an electronic signature to this document.

Dated:  October 3, 2014                                STRUCTURE LAW GROUP, LLP


                                                       By: _/s/_____
                                                           Mark R. Figueiredo, Esq.
                                                           Attorneys for Plaintiff
                                                           VIVOTEK USA, INC.

**ORDER**

Based on the foregoing Stipulation and good cause appearing:

(1) The Pretrial Conference currently scheduled for November 4, 2014 at 10:30 AM, as well as the trial date are hereby VACATED; and

(2) Provided all conditions of the conditional settlement are met, the parties shall file a dismissal with prejudice of this action in its entirety not later than 45 days after the final payment is made by Defendants. If the conditions of the conditional settlement are not met, Plaintiff VIVOTEK USA, INC. shall be entitled to submit to the Court for its consideration the parties' [PROPOSED] STIPULATED JUDGMENT.

IT IS SO ORDERED.

Dated: November 3, 2014

_____
MAGISTRATE JUDGE PAUL S. GREWAL

NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER