Mark R. Figueiredo, Esq. (State Bar No. 178850)
Jaclyn M. Ford, Esq. (State Bar No. 272641)
STRUCTURE LAW GROUP, LLP
1754 Technology Drive, Suite 135
San Jose, California 95110
Telephone: (408) 441-7500
Facsimile: (408) 441-7501
mrf@structurelaw.com
jford@structurelaw.com

Attorneys for Plaintiff
VIVOTEK USA, INC.


Richard J. Mooney, Esq. (State Bar No. 176486)
RIMON P.C.
One Embarcadero Center #400
San Francisco, CA 94111
Telephone: (415) 683-5472
richard.mooney@rimonlaw.com

Attorneys for Defendants
4XEM CORPORATION, INC. and JOHN
FORTIER

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVOTEK USA, INC., a California corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>4XEM CORPORATION, INC., incorporated under the laws of Canada; and JOHN FORTIER, an individual, doing business as 4XEM USA,<br><br>                    Defendants. | CASE NO. CV 13-04452 MEJ<br><br>**AMENDED NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER** |

AMENDED NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER

**TO THE COURT:**

The parties to the above-entitled action jointly submit this AMENDED NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER to notify the Court that the parties modified their Settlement and Release Agreement to extend payments through and including June 30, 2017, and that the parties are requesting 45 days from that date to file a dismissal.

Dated:  September 30, 2016                    STRUCTURE LAW GROUP, LLP


                                              By:____/s/ Jaclyn M. Ford_____
                                                   Jaclyn M. Ford, Esq.
                                                   Attorneys for Plaintiff
                                                   VIVOTEK USA, INC.

Dated:  September 30, 2016                    RIMON, P.C.


                                              By:____/s/ Richard Mooney_____
                                                   Richard Mooney, Esq.
                                                   Attorneys for Defendants
                                                   4XEM CORPORATION, INC. and JOHN
                                                   FORTIER


                      **SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-1(i)(3), I certify that the content of this document is acceptable to Richard Mooney of RIMON, P.C., counsel for Defendants 4XEM CORPORATION, INC. and JOHN FORTIER, and that I have obtained Mr. Mooney's authorization to affix an electronic signature to this document.


Dated:  September 30, 2016                    STRUCTURE LAW GROUP, LLP


                                              By: ___/s/ Jaclyn M. Ford_____
                                                   Jaclyn M. Ford, Esq.
                                                   Attorneys for Plaintiff
                                                   VIVOTEK USA, INC.

AMENDED NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER

1

## ORDER

2    Based on the foregoing Stipulation and good cause appearing:

3    Provided all conditions of the conditional settlement are met, the parties shall file a

4 dismissal with prejudice of this action in its entirety not later than 45 days after the final payment

5 is made by Defendants.  If the conditions of the conditional settlement are not met, Plaintiff

6 VIVOTEK USA, INC. shall be entitled to submit to the Court for its consideration the parties'

7 [PROPOSED] STIPULATED JUDGMENT.

8

9    IT IS SO ORDERED.    Parties shall file their Dismissal with prejudice by August 15, 2017.

10

11

12 Dated:  September 30, 2016

13    _____

    Hon. Maria-Elena James
    U.S. District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF CONDITIONAL SETTLEMENT AND [PROPOSED] ORDER